FILED
U.S. DISTRICT COURT

2007 JUN -4 ı A 10: 08

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br><br>vs.<br><br><br>LARRY W. CLUFF<br><br>Respondent. | ORDER ADOPTING REPORT AND<br>RECOMMENDATION<br><br><br><br><br><br>Case No. 2:07-CV-74 |

The United States of America filed a petition to enforce its September 22, 2006 IRS

Summons ("Summons") pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).  The Court issued an

order to show cause on February 22, 2007, which referred this matter to the Magistrate Judge

pursuant to 28 U.S.C. § 636(b)(3).

On April 16, 2007, the magistrate judge issued a Report and Recommendation in which it

was recommended that the Court (1) find that the Responded failed to show cause why he should

not be compelled to comply with the Summons and (2) order Respondent to provide the

information required by the Summons.  The parties were given ten (10) days to file objections to

the Report and Recommendation.  Neither party filed an objection within the allotted time.

Having reviewed petitioner's motion and the relevant law, the Court adopts the

Magistrate Judge's Report and Recommendation and orders Respondent to provide the IRS with

the information required by the Summons.

IT IS SO ORDERED.

DATED this 29th day of May, 2007.


Dee Benson
United States District Judge